# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| April Michelle Franklin, | ) | Case No.: 05-01310-BGC-7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Buddy Mahaffey & Michael Antonio, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | AP No.: 05-00158-BGC-7 |
| | ) | |
| April Michelle Franklin, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In conformity with and pursuant to the Memorandum Opinion entered contemporaneously herewith, it is **ORDERED, ADJUDGED AND DECREED** that:

1. The Complaint to Determine Dischargeability of Debt Under 11 U.S.C. § 523(a)(5) and § 523(a)(15) is **DENIED**;

2. Judgment is entered in favor of the Defendant April Michelle Franklin and against the Plaintiffs Buddy Mahaffey and Michael Antonio;

3. This order is a written opinion for purposes of the E-Government Act, Pub. L. No. 107-347.

Dated: March 29, 2006        /s/Benjamin Cohen
                             BENJAMIN COHEN
                             United States Bankruptcy Judge